**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6272**

_____

WALTER LEE WRIGHT,

Plaintiff - Appellant,

v.

OFFICER KYLE BAXTER; SGT. BRETT TRAHAN; OFFICER MICHAEL NELSON; OFFICER JONATHAN JOHNSON; OFFICER MATTHEW WOOD,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah K. Chasanow, Senior District Judge.  (1:24-cv-01966-DKC)

_____

Submitted:  October 16, 2025                     Decided:  October 21, 2025

_____

Before KING, AGEE, and RICHARDSON, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Walter Lee Wright, Appellant Pro Se.  Erin Jeanne Ashbarry, Kristen Joanne Nunley, OFFICE OF THE COUNTY ATTORNEY, Rockville, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Lee Wright seeks to appeal the district court's order dismissing in part Wright's amended complaint and denying Wright's motions to amend the complaint and substitute a party. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Wright seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*